Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

      Case No.:  14–11815–JNP
      Chapter:  13
      Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Nicodemo Norton
  3212 Oakwood Drive
  Hammonton, NJ 08037–2850

Social Security No.:
  xxx–xx–5810

Employer's Tax I.D. No.:

## FINAL DECREE

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that Isabel C. Balboa is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>May 6, 2019</u>　　　　　<u>Jerrold N. Poslusny Jr.</u>
                                 Judge, United States Bankruptcy Court